IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

PAMELA RIDEOUT                                                                                          PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. : 2:11CV222-MPM-JMV

ALLSTATE INSURANCE COMPANY                                                          DEFENDANT

## ORDER

      Consistent with the court's oral ruling during a telephonic hearing in this matter on this date, Allstate's motion to compel return of document(s) [# 30] is DENIED. It should be reiterated that the court does not believe the instant motion is the appropriate vehicle for the relief sought by Allstate, i.e., an order compelling the return of the original and all copies of a document(s) Plaintiff obtained during her employ with Allstate and prior to the filing of this lawsuit. However, to the extent that Plaintiff will seek to use the subject document(s) in this lawsuit, the court will entertain a motion for protective order or any other appropriate request under the *Federal Rules of Civil Procedure*.

      **SO ORDERED** this 17th day of October, 2012.

      /s/ Jane M. Virden

      U.S. MAGISTRATE JUDGE