IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

PAMELA RIDEOUT                                                                                    PLAINTIFF

VERSUS                                          CIVIL ACTION NO.: 2:11CV222-MPM-JMV

ALLSTATE INSURANCE COMPANY                                                   DEFENDANT

**ORDER**

Consistent with the court's ruling this date from the bench on Plaintiff's Emergency Motion to Compel 30(b)(6) Deposition Testimony [68], it is

THEREFORE, ORDERED:

1. That the Motion is granted in part and denied in part.

2. That Defendant's objections are sustained with respect to the following deposition topics, and Plaintiff may not explore them during the deposition: No. 1, No. 2 (second one), and No. 20.

3. That Defendant has already provided testimony on the following topics and will stipulate that said testimony is binding corporate testimony under Rule 30(b)(6); however, Plaintiff may ask questions that have not already been asked and answered with regard to said topics, and Defendant will provide corporate designees to cover them: No. 2 (first one), No. 3, No. 4, No. 8, No. 13, No. 14, No. 16, Revised No. 17, No. 18, No. 19, and No. 21(a).

4. That topic No. 23 shall be included with and treated the same as those listed in 3 above, except that questions shall be limited to the relevant time period and limited to those persons Plaintiff contends are comparators.

5. That the discovery deadline is extended to 6/15/13, and the motions deadline is extended to 7/15/13.

6. That on or before May 10, 2013, Plaintiff shall provide Defendant with a list of stipulation deposition topics about which she does not intend to ask further questions.

SO ORDERED this 30th day of April, 2013.

/s/ Jane M. Virden
U. S. Magistrate Judge